ORIGINAL

FILED
SEP 8 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **J & J Fernandez Ventures, L.P., By and Through The Fernandez Family Trust, a Partner Other Than Tax Matters Partner,** | § | |
| **Plaintiff,** | § | No. 06-636 T |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Plaintiff hereby states, upon information and belief, that the above-captioned case is directly related to (i) *J & J Fernandez Ventures, L.P. v. United States*, Fed. Cl. No. 05-26T, and (ii) *J & J Fernandez Ventures, L.P. v. United States*, Fed. Cl. No. 06-27T, both of which are currently before Judge Baskir. The same parties are involved in all three cases. Additionally, the government's challenges against the taxpayer in all three cases arise from the same series of events and transactions.

Based upon these facts, Plaintiff believes that consolidation of the above-captioned case with Case No. 05-26T and Case No. 06-27T is likely to conserve judicial resources and promote an efficient determination of the action.

Respectfully submitted,

By: [signature]
M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street
Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFFS

DATE: September 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September ~~6~~ 7, 2006, I caused a copy of Plaintiffs' Notice of Directly Related Case to be sent via certified mail, return receipt request, to the following:

Grover Hartt, Esq.
U.S. Department of Justice—Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Respectfully submitted,

By: [signature]

M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street
Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFFS