FILED
SEP 8 2006
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **J & J Fernandez Ventures, L.P., By and Through The Fernandez Family Trust, a Partner Other Than Tax Matters Partner,** | § | |
| **Plaintiff,** | § | 06-636 T |
| **v.** | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**NONGOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff in the above action hereby confirms: (1) no Plaintiff has a parent corporation, and (2) no publicly-held corporation owns 10% or more of the outstanding stock of any Plaintiff.

Respectfully submitted,

By: ____________________
M. Todd Welty
Texas State Bar No. 00788642

MEADOWS, OWENS, COLLIER, REED COUSINS & BLAU, L.L.P.

901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

DATE: SEPTEMBER 6, 2006