**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **J&J FERNANDEZ VENTURES, LP,** | § | |
| **JMJV MANAGEMENT CORP.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-636T (Judge Baskir)** |
| **v.** | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

**UNITED STATES' NOTICE OF APPEARANCE**

Please enter the appearance of the following individual as attorney of record for the United States:

GROVER HARTT, III
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (Fax)

Respectfully Submitted:

*/s/ Grover Hart, III*
GROVER HARTT, III
Attorney of Record
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (Fax)
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Fed. Claims Section
CYNTHIA E. MESSERSMITH
CHRISTOPHER R. EGAN
DAVID R. HOUSE
Of Counsel

Date Signed: November 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

M. Todd Welty
901 Main Street, Suite 3700
Dallas, Texas 75202

*/s/ Grover Hartt, III*
GROVER HARTT, III