# In the United States Court of Federal Claims

Case Nos. 05-26T, 06-27T and 06-636T (Consolidated)
(Filed: November 15, 2006)

****************************************************
J&J Fernandez Ventures, L.P., *
a California Limited Partnership, and *
JMJV Management Corporation as *
Tax Matters Partner and General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

The Plaintiffs' Unopposed **Motion to Consolidate** case number 06-636T (J&J Fernandez Ventures #3) with case number 05-26T (J&J Fernandez Ventures #1) is hereby **GRANTED**. **The Clerk of the Court is directed to consolidate case numbers 05-26T and 06-636T for all purposes, unless otherwise ordered by the Court.** Case number 06-27T (J&J Fernandez Ventures #2) should remain consolidated with 05-26T (J&J Fernandez Ventures #1).

**The parties shall file all future filings in these cases using only the lead case number, 05-26T (Consolidated).**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge