**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **J&J FERNANDEZ VENTURES, LP,** | § | |
| **JMJV MANAGEMENT CORP.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **NO. 06-636T (Judge Baskir)** |
| **v.** | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

**UNITED STATES' MOTION FOR LEAVE TO GIVE NOTICE OF RECENT AUTHORITY**

The United States moves the Court for leave to cite a Federal Circuit opinion decided on March 2, 2007: *AD Global Fund, LLC v. United States*, No. 06-5046, 2007 WL 624366 (Fed. Cir. Mar. 2, 2007). The Federal Circuit's opinion includes the following statement:

> Reading § 6229(a) together with § 6501, we conclude that § 6229(a) unambiguously sets forth a minimum period for assessments of partnership items that may extend the regular statute of limitations in § 6501.

Respectfully Submitted:

/s/ Grover Hart, III

GROVER HARTT, III
Attorney of Record
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (Fax)
EILEEN J. O'CONNOR
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Fed. Claims Section
CYNTHIA E. MESSERSMITH
CHRISTOPHER R. EGAN
DAVID R. HOUSE
Of Counsel

Date Signed: March 5, 2007

**CERTIFICATE OF CONFERENCE**

The United States discussed this motion with counsel for the plaintiffs, and the plaintiffs are not opposed to it.

/s/ Grover Hartt, III
GROVER HARTT, III

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007, I electronically filed the foregoing MOTION FOR LEAVE TO GIVE NOTICE OF RECENT AUTHORITY with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

M. Todd Welty
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ Grover Hartt, III
GROVER HARTT, III