# In the United States Court of Federal Claims

Case Nos. 05-26T, 06-27T and 06-636T (Consolidated)
(Filed: March 7, 2007)

*****************************************************
J&J Fernandez Ventures, L.P., *
a California Limited Partnership, and *
JMJV Management Corporation as *
Tax Matters Partner and General Partner, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

The Defendant's Motion for Leave to Give Notice of Recent Authority filed March 5, 2007, is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge